

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

United States District Courthouse
300 Quarropas Street
White Plains, New York 10601

February 9, 2012

Honorable Lisa M. Smith
United States Magistrate Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601



**Re:** **United States v. Duane Bruen**
12 Mag. 342

Dear Judge Smith:

The Government respectfully requests that the Complaint in the above-referenced matter be unsealed, as the defendant was arrested this morning.

Very truly yours,

PREET BHARARA
United States Attorney

By: _____
Rebecca Mermelstein/Marcia Cohen
Assistant United States Attorneys
Telephone: (914) 993-1946/(914)-993-1902

SO ORDERED

_____
2/9/12