```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA           :

    -v.-                           :    INFORMATION

DUANE BRUEN,                       :    12 Cr. ___

            Defendant.             :

                                   :
- - - - - - - - - - - - - - - - - - x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 8/22/12

**12 CRIM 00642**

### COUNT ONE

The United States Attorney charges:

1. On or about February 4, 2011, in the Southern District of New York, DUANE BRUEN, the defendant, intentionally and knowingly did distribute and possess with intent to distribute a controlled substance, to wit, mixtures and substances containing a detectable amount of cocaine base, in a form commonly known as "crack."

(Title 21, United States Code, Section 812, 841(a)(1), 841(b)(1)(C); Title 18, United States Code, Section 2.)

### COUNT TWO

The United States Attorney further charges:

2. On or about March 17, 2011, in the Southern District of New York, DUANE BRUEN, the defendant, intentionally and knowingly did distribute and possess with intent to distribute a controlled substance, to wit, mixtures and

substances containing a detectable amount of cocaine base, in a form commonly known as "crack."

>(Title 21, United States Code, Section 812, 841(a)(1), 841(b)(1)(C); Title 18, United States Code, Section 2.)

*[signature: Preet Bharara]*
PREET BHARARA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v -

DUANE BRUEN,

Defendant.

---

INFORMATION

12 Cr.

---

PREET BHARARA
United States Attorney for <u>Southern District of New York</u>
(914) 993-1902